UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LONNIE POYDRAS

CIVIL ACTION

VERSUS

NUMBER 10-57-FJP-SCR

SHERIFF, EAST BATON ROUGE PARISH

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Petition for Writ Habeas Corpus shall be dismissed, without prejudice, for failure to exhaust state remedies.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 14, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46690